**Order entered April 9, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00872-CV

## IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

Before the Court is appellant's April 7, 2014 motion for an extension of time to file a brief or writ of mandamus. We **GRANT** the motion to the extent that appellant shall file his brief on or before **May 9, 2014**.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE